NUMBER 13-01-675-CR

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

________________________________________________________________

 

LEXIE
MARTIN HUGGINS,                                                      Appellant,

 

                                                   v.

 

THE STATE OF TEXAS,                                                          Appellee.

________________________________________________________________

 

                        On appeal from the 156th District Court 

                                 of Live Oak County, Texas.

________________________________________________________________

 

                                   O P I N I O N

 

         Before Chief Justice Valdez
and Justices Hinojosa and Yañez

                                       Opinion Per Curiam

 








Appellant, LEXIE MARTIN HUGGINS,
perfected an appeal from a judgment entered by the 156th
District Court of Live Oak County, Texas,  in cause number L-98-0008-CR-B.  On March 28, 2002, this cause
was abated, and the trial court was directed to conduct a hearing in accordance
with Tex. R. App. P. 38.8(b)(2).  The trial court=s findings and
recommendations were received on April 12, 2002.  The trial court found that the appellant has
abandoned his appeal.

The Court, having
considered the documents on file and the trial court=s findings and
recommendations, is of the opinion that the appeal should be dismissed.  The appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 2nd
day of May, 2002.